# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: PRONTO CASH FORFEITED**
**FUNDS**  Case No. 6:08-mc-48-22DAB

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR SUMMARY JUDGMENT (Doc. No. 33)**
>
> **FILED:** December 1, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

As indicated in the Mediator's Report (Doc. No. 55) and the other papers filed by the parties, all parties in this matter have agreed to the terms of a settlement which resolves all of the competing claims to the forfeited funds. The motion for summary judgment is therefore moot. As the Government has complied with the Court's direction to submit a proposed form of judgment consistent with the parties settlement (Doc. Nos. 59 and 60), it is **respectfully recommended** that the District Court deny the current motion as moot, and enter judgment **in the criminal case (Case No. 6:06-cr-196-22DAB)** consistent with the terms as set forth by the Government and agreed-to by the

parties.[1] Upon entry of that judgment, this miscellaneous matter is rendered moot, and the Court should dismiss all pending claims and close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Orlando, Florida this 12th day of February, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Although the Court ordered the creation of the miscellaneous case in order to streamline the resolution of the competing claims to the forfeited funds, as the funds are the subject of a Preliminary Order of Forfeiture issued in the criminal case, it is appropriate for the judgment to be filed in that matter.