**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: PRONTO CASH FORFEITED FUNDS**

Case No. 6:08-mc-48-Orl-22DAB

## ORDER

This cause is before the Court on the Motion for Summary Judgment (Doc. No. 33) filed on December 1, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied as moot because all parties in this matter have agreed to the terms of a settlement which resolves all of the competing claims to the forfeited funds. It is further recommended that all pending claims be dismissed and the file closed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Contemporaneously the Court is entering a Judgment Order is accordance with the parties agreement in the criminal case (6:06-cr-196-Orl-22DAB).

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 12, 2009 (Doc. No. 61) is adopted and confirmed and made a part of this Order.

2. The Motion for Summary Judgment (Doc. No. 33) is denied as moot.

3. All pending claims are hereby dismissed.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 9, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge